UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD WHITE,

       Plaintiff,                     Case No. 2:11-CV-37

v.                                          HON. GORDON J. QUIST

J. DECLAIRE, et al.,

       Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on August 2, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 2, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Motion for a Preliminary Injunction (docket nos. 9 and 10) are **DENIED**.

Dated: September 13, 2011                                   /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE